# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136698 & (24)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LLOYD ROBERT BRIDGES,
      Defendant-Appellant.

SC: 136698
COA: 281102
Calhoun CC: 04-000943-FC

_____/

On order of the Court, the application for leave to appeal the May 6, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk

s1117